STATE OF MAINE

YORK, ss.

SUPERIOR COURT
CIVIL ACTION
DOCKET NO. CV-07-299

ROBERTA A. GOLDEN,

Plaintiff

v.

**ORDER ON PENDING MOTIONS**

ROCKMERE LODGE, et als.,

Defendants

The defendant Robert Brown has filed a second motion for summary judgment and a motion to dismiss. After a review of the respondent's answer to petition for discipline and stipulation of the parties and the separate petition for discipline in the case *Bar Counsel v. Roberta Golden, Esq.*, Massachusetts Supreme Judicial Court, docket number B.B.O. File No. C2-01-0021, the second motion for summary judgment is granted.

The entry is:

Second motion for summary judgment is granted. Judgment for Robert Brown on the remainder of Count II of the complaint.

The motion to dismiss is dismissed as moot.

The plaintiff's motion for leave to amend complaint filed on August 5, 2009 is denied.

Defendant Brown's motion *in limine* to exclude evidence is dismissed as moot.

Dated:     August 5, 2009

Paul A. Fritzsche
Justice, Superior Court